UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re


NIGERIA CHARTER FLIGHTS                          **<u>ORDER</u>**
CONTRACT LITIGATION,                             04-MD-1613 (RJD)(MDG)


MDL 04-1613
--------------------------------------------------------X

This document relates to:

    ANYOKU v. WORLD AIRWAYS, et al.,                04-CV-304

    JAMES v. WORLD AIRWAYS, et al.,                 04-CV-514

--------------------------------------------------------X
DEARIE, District Judge.


    On September 1, 2005, Magistrate Judge Marilyn D. Go issued a report, recommending

that plaintiffs' motion for entry of default against defendant Dr. O. Peter Obafemi be granted in

the two cases in which he has been served: <u>Anyoku v. World Airways</u>, 04-CV-304, and <u>James v.

World Airways</u>, 04-CV-514.

    The Court has received no objection from defendant Obafemi. By letter dated September

12, 2005, defendant World Airways objects to Magistrate Judge Go's recommendation, arguing

that "it is prudent to withhold the entry of a default judgment against any defendant until any

claims against co-defendants alleged to be in privity have been resolved." In the alternative,

World Airways requests clarification that the default judgment "will in no way prejudice or serve

as an estoppel against World."

The Court adopts Magistrate Judge Go's report and recommendation in its entirety and grants default judgment against Mr. Obafemi.

SO ORDERED.

Dated: Brooklyn, New York
    October 13, 2005

                           s/ Judge Raymond J. Dearie

                           RAYMOND J. DEARIE
                           United States District Judge