```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

- - - - - - - - - - - - - - - - - -X

In re                                    <u>ORDER</u>
NIGERIA CHARTER FLIGHTS LITIGATION,
                                         MDL 04-1613 (RJD)(MDG)

- - - - - - - - - - - - - - - - - -X

This document relates to:

    JAMES v. RITETIME,           04-CV-514

    AYENI v. RITETIME,           04-CV-2755

    EZEJIOFOR v. WORLD AIR,      04-CV-2756

    ADEUSI v. RITETIME,          04-CV-2757

- - - - - - - - - - - - - - - - - -X

    In an order dated September 30, 2005 (the "Sept. Order"), this Court granted the motion of defendant World Airways, Inc. ("World") to compel plaintiffs in certain actions that are part of this Multidistrict Litigation ("MDL") to provide discovery set forth in the Order. At a conference on November 9, 2005, counsel for defendant World advised that the plaintiffs in the four above captioned actions have not complied with the Order.

    The plaintiffs in JAMES v. RITETIME (04-CV-514), AYENI v. RITETIME (04-CV-2755), EZEJIOFOR v. WORLD AIR (04-CV-2756), and ADEUSI v. RITETIME (04-CV-2757) are directed to show cause before Magistrate Judge Marilyn D. Go in Courtroom 373, third floor, United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York on **December 6, 2005 at 2:00 p.m.** why they should not be subject to sanctions for failure to comply with an order of this Court and to

respond to valid discovery requests in this MDL.

Any plaintiff who complies with the Sept. Order by December 2, 2005 need not appear for the above court proceeding.

**SO ORDERED.**

Dated: Brooklyn, New York
November 9, 2005

/s/
MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE