# ZUCKERT SCOUTT & RASENBERGER, L.L.P.

**ATTORNEYS AT LAW**

888 Seventeenth Street, NW, Washington, DC  20006-3309
Telephone  [202] 298-8660  Fax [202] 342-0683

FRANK J. COSTELLO                                                                                    fjcostello@zsrlaw.com

July 17, 2007

**By ECF**

The Honorable Raymond J. Dearie
Chief Judge, U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:  **In Re Nigeria Charter Flights Litigation, MDL-04-1613**

Dear Chief Judge Dearie:

World Airways, Inc. ("World") is continuing to settle claims that were or could have been included the above-captioned litigation, and writes to inform the Court that since its last update (dated April 12, 2007) it has settled the claims of an additional 115 individuals.

(1) The following 39 individuals were represented by Shamsey Oloko, Esq. of the Thorgood Law Firm:

1.   Ajayi, Ayodele
2.   Akinboade, Abiodun Charles
3.   Akinboade, Charles Adebayo
4.   Akinboade, Omobola Oyedola
5.   Akinboade, Temitayo Michael
6.   Akinola, Felicia
7.   Ayangbayi, Abayomi (a/k/a Abayomi Ayangabye)
8.   Bello, Comfort
9.   Brown, Angela
10.  Busari, Kubrat M.
11.  Chukwura, Arthur
12.  Chukwura, Charlene
13.  Chukwura, Charles
14.  Chukwura, Kenneth
15.  Chukwura, Kenneth Junior
16.  Egbeyemi, Olaitan
17.  Ekejiuba, Adolphus
18.  Ekejiuba, Chinwe
19.  Esomonu, Alexis
20.  Esomonu, Autrey (a/k/a Ugonna Esomonu)
21.  Esomonu, Chiddy
22.  Esomonu, Chidinma

ZUCKERT SCOUTT & RASENBERGER, L.L.P.

The Honorable Raymond J. Dearie
July 17, 2007
Page 2

| | |
|---|---|
| 23. | Esomonu, Ikenna |
| 24. | Falae, Olaide |
| 25. | Falae, Rufus |
| 26. | Falae, Victoria |
| 27. | Idowu, John Olusoji |
| 28. | Idowu, Esther Ajoke |
| 29. | Mutiu, Banke |
| 30. | Nwaohuocha, Joshua |
| 31. | Olawale, Gbayode |
| 32. | Osegbe, Adaeze |
| 33. | Okusanya, Alfred |
| 34. | Olakanmbi, David |
| 35. | Olakanmbi, Olusola |
| 36. | Owolabi, Grace |
| 37. | Owotomo, Olunkule |
| 38. | Salu, Sakira |
| 39. | Sonuga, Babjide |

(2) The following 73 individuals were represented by Benjamin Okeke, Esq., a sole practitioner:

| | |
|---|---|
| 1. | Abayomi, Babatunde |
| 2. | Adeyemo, Akinjide |
| 3. | Adeyemo, Damiola |
| 4. | Adeyemo, Olufunke |
| 5. | Adeyemo, Oluwarendare |
| 6. | Adeyemo, Richard |
| 7. | Adeyeye, Toba |
| 8. | Agbaere, Al |
| 9. | Agbaje, Bidemi |
| 10. | Ahaghotu, Brown O. |
| 11. | Aikhionbare, Deborah |
| 12. | Aikhionbare, Dionne |
| 13. | Akujiobi, Daniel |
| 14. | Akujobi, Pacyfine (a/k/a Pacifyne Henshaw) |
| 15. | Akujobi, Sotonye |
| 16. | Alao, Ruth |
| 17. | Alao, Victor |
| 18. | Amah, Margaret |
| 19. | Anele, Holden |
| 20. | Anemelu, Chinwa Victoria |
| 21. | Asogu, Rachel |
| 22. | Awosika. Odunayo |

ZUCKERT SCOUTT & RASENBERGER, L.L.P.

The Honorable Raymond J. Dearie
July 17, 2007
Page 3

| | |
|---|---|
| 23. | Ayodele, Richard A. |
| 24. | Bossman, Joseph Shola |
| 25. | Chigbu, Obinna |
| 26. | Eigbe, Yesufu (a/k/a Yusufu Eigbe) |
| 27. | Ekejiuba, Ifeanyi |
| 28. | Emma-Iwuoha, Chinyere |
| 29. | Emunwen, Victor |
| 30. | Enweani, Chioma |
| 31. | Enweani, Ebuka (a/k/a Chukwuebuka Enweani) |
| 32. | Enweani, Ekene |
| 33. | Enweani, Grace |
| 34. | Enweani, Nneamka |
| 35. | Enweani, Obinna |
| 36. | Enweani, Okey |
| 37. | Enweani, Prince |
| 38. | Ezeagwu, Emmanuel |
| 39. | Ezebuiro, Godwill |
| 40. | Ezeokafor, Felix Chukwuma |
| 41. | Ezulike. Jonathan |
| 42. | Ezulike, Osita |
| 43. | Fatoba, Chief Ilesanmi |
| 44. | Fatomiloye, Aina |
| 45. | Fatomiloye, Folorunsho |
| 46. | Fisayo, Fadelu |
| 47. | Ibe, Godwin |
| 48. | Joseph, Michael |
| 49. | Joseph, Tolulope |
| 50. | Moshood, Olatokunbo |
| 51. | Odobulu, Chinelo |
| 52. | Odobulu, Jideobi |
| 53. | Odobulu, Uju Anyadike |
| 54. | Ogbodo, Chigozie |
| 55. | Ogbodo, Nneka (a/k/a Nneka Egudu) |
| 56. | Ogbodo, Udoka |
| 57. | Ogbugwo, Marilyn |
| 58. | Ogunsulire, Moses |
| 59. | Ogunsulire, Stella |
| 60. | Okeke, Justina |
| 61. | Oladunni, Johnson |
| 62. | Olatunji, Ayobami |
| 63. | Olatunji, Bayonle |
| 64. | Olatunji, Damilola |
| 65. | Onafowokan, Mofopefolalume |

ZUCKERT SCOUTT & RASENBERGER, L.L.P.

The Honorable Raymond J. Dearie
July 17, 2007
Page 4

66.    Onigbinde, Fola
67.    Onyeneho, Charles
68.    Oti, Nkem
69.    Oti, Victoria
70.    Otukpe, Florence
71.    Sobande, Abigail
72.    Udofia, Kokoete
73.    Ufort, Akpan

(3) The following 3 individuals were represented by Chuck Oko, Esq., a sole practitioner:

1.    Akanu, Gloria
2.    Ijioma, Patrick
3.    Olatunde, Abimbola

In total, World now has settled or litigated to conclusion a total of 324 claims that were or could have been included the above-captioned litigation.

Sincerely,

/Frank J. Costello/

_____

Frank J. Costello
Attorney for World Airways, Inc.

cc:    Patrick J. Bonner (bonner@freehill.com)
       Malcolm L. Benge (mlbenge@zsrlaw.com)
       Ike Obinna Echeuro (iecheruo@counsel-law.com)
       John Patrick Doherty (jdoherty@tpwlaw.com)
       Brendan Zahner (bzahner@tpw.com)
       Mary H. Mulhearn (mmulhearn@tpw.com)
       John Edozie (john@maduedozie.com)
       O. Benjamin Okeke (chukwunwe@aol.com)
       David M. Goldhaber (david.goldhaber@sdma.com)
       Edmund Orok Edem (critterdocs@netzero.com)
       Jerome Lee (jerome@htlweb.com)
       O. Peter Obafemi (peterobafemi@yahoo.com)
       Babatunde A. Irukera (209 South LaSalle, Suite 701, Chicago, IL 60604)
       Ayotunde Okesanya (209 South LaSalle, Suite 701, Chicago, IL 60604)
       Olusola O. Oyeyemi (209 South LaSalle, Suite 701, Chicago, IL 60604)
       Donald O. Egbuchulam (241 Rutger Street, Maplewood, NJ 07040)
       Chuck U. Oko (9720 Beechnut Street, Suite 290, Houston, TX 77036)
       Shamsey Oloko (100 Park Avenue, 20th Floor, New York, NY 10017)