```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

In re                                    **ORDER**


NIGERIA CHARTER FLIGHTS LITIGATION.       MDL 04-1613


- - - - - - - - - - - - - - - - - - -X

This document relates to:
                                          CV 05-0555 (RJD)(MDG)
AGUJIOBI v. WORLD AIRWAYS, INC., et
al.,

- - - - - - - - - - - - - - - - - - -X
```

    Plaintiff EMMANUEL N. AGUJIOBI failed to appear by telephone for a conference scheduled on March 4, 2009, a date which was set in an order dated January 23, 2009 sent by electronic notice and regular mail.[1]  Plaintiff is advised that he should appear for all court conferences, unless he makes prior arrangements to change the date of the conference.  Continued failure to appear for scheduled court conferences, or to comply with other orders of the Court, could result in sanctions, including a fine, the imposition of attorneys' fees and, ultimately, dismissal of this action.

    The parties are directed to appear for another conference on <u>April 21, 2009 at 12:00 p.m. E.D.T.</u> (4:00 p.m. G.M.T.) via

---

[1] By electronic mail on January 15, 2009, the Court contacted Mr. Agujiobi to schedule a conference on a date that would be convenient for him, but he failed to respond.

telephone by calling my chambers at 718-613-2550.  If any party needs to request an adjournment or change the time, he must first call the other parties attending to discuss a new time and submit a request to the Court at least seventy-two (72) hours before the scheduled conference.  Mr. Agujiobi is advised that if he seeks an adjournment, he must contact counsel for defendant World Airways.

    **SO ORDERED.**

Dated:    Brooklyn, New York
           March 6, 2009

                                        /s/
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE